IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE FLOYD ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPT. TUCK, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:19-CV-850-WHA |

## **ORDER**

On December 10, 2019, the Magistrate Judge entered a Recommendation (Doc. #12) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 7th day of January, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE